HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA FORD, | CASE NO. C14-5404 RBL |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| EDUCATIONAL OPPORTUNITIES FOR CHILDREN AND FAMILIES, | |
| Defendant. | |

THIS MATTER is before the Court on Plaintiffs' application to proceed in forma pauperis under 28 U.S.C. § 1915(a). The court has broad discretion in determining an application to proceed in forma pauperis. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963).

Ford's Application does not indicate that she is unable to pay the filing fee. She has a total monthly income of $2,276 ($27,312 annual income), has $3,800 in the bank, and is in the process of purchasing a condominium and a car. It is apparent that Ford is able to pay the filing fee in this case, and should be required to do so. Ford's application to proceed in forma pauperis is **DENIED**.

1    **IT IS SO ORDERED**.

2    The Clerk shall send uncertified copies of this order to all counsel of record.

3    Dated this 3rd day of June, 2014.

                                     RONALD B. LEIGHTON
                                     UNITED STATES DISTRICT JUDGE

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS- 2